# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 13, 2025

**VIA ECF**
Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States v. Nicolas Alcantara**
    **25 Cr. 229 (JLR)**

Dear Judge Rochon:

    I write to respectfully request a 60-day adjournment of the next conference in the above-referenced matter, currently scheduled for August 21, 2025. The government consents to this request.

    This is the first request for an adjournment. The defense is in the final stages of preparing a mitigation submission for the government's consideration. Once that submission is finalized, the government will need time to consider it. Accordingly, the parties request a 60-day adjournment of the upcoming conference to allow sufficient time for the defense to finalize its mitigation submission and the government to consider any response.

    Should the Court grant this request, the government requests, and the defense consents to, an exclusion of time under the Speedy Trial Act until the date of the next conference to facilitate finalization of a mitigation submission and any discussions regarding a possible pretrial resolution.

Sincerely,

/s/
Hannah McCrea
Federal Defenders of New York
(646) 574-0351

cc:  AUSA Joseph Zabel

---

Letter Motion GRANTED. The status conference is adjourned from August 21, 2025 to **October 23, 2025 at 11:00 a.m.** Speedy trial time is excluded until October 23, 2025. The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the need for the Defendant to discuss potential resolution of this case.

Dated: August 14, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**