Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

August 5, 2026

*By e-mail and ECF*

Letter Motion GRANTED.

Dated: August 5, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Nicholas Alcantara*, 25 Cr. 229 (JLR)

Dear Judge Rochon:

I write on consent (Assistant U.S. Attorney Joseph Zabel) to respectfully request that the Court permit Mr. Alcantara to take his family to Legoland in Goshen, New York on August 27, 2026 to celebrate his son's birthday. We request that Mr. Alcantara – who is subject to home detention – be permitted to leave his home after 8:00 a.m. and return no later than 8:00 p.m. Pretrial Services – per Intensive Supervision Specialist Ashley L. Cosme – objects to the request as a matter of policy, but notes that Mr. Alcantara "remains in full compliance and that there are no supervision issues."

On May 8, 2025, Nicholas Alcantara was arrested and released on conditions including home detention enforced by location monitoring. On June 23, 2026, Mr. Alcantara pleaded guilty to violating 18 U.S.C. § 924(c), and sentencing in this matter is scheduled for September 24, 2026.

Over the 15 months that Mr. Alcantara has been on supervision, he has been wholly compliant with all of the conditions of release. While noting its general objection to this request as a policy matter, Pretrial Services also noted that Mr. Alcantara had been compliant with all of his release conditions. Indeed, when I contacted Mr. Alcantara's supervising officer in Pennsylvania, he indicated that Mr. Alcantara "has been on the LM program without incident," and that the supervising officer had "no objection to a single day trip." Courts in this district routinely permit people on home to detention to participate in activities that Pretrial Services views as "social." *See*, *e.g.*, *United States v. Gary Grant*, 26 Cr. 221, Dkt. No. 12 (JSR) (permitting defendant on home detention to celebrate Independence Day with his family).

Here, we respectfully request that the Court permit Mr. Alcantara to travel with his family to celebrate his son's birthday, especially as he will soon be separated from his young children for a significant period of time.

Re: *United States v. Nicholas Alcantara*, 25 Cr. 229 (JLR)

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Martin Cohen
Assistant Federal Defender
(646) 588-8317

cc: Joseph Zabel, Esq., by e-mail and ECF
Ashley Cosme, U.S. Pretrial Services Officer (S.D.N.Y.), by e-mail
Richard Clifford, U.S. Probation Officer (M.D. Pa.), by e-mail